David Clinton Mackey, Appellant, v. Illinois Surety Company, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: As the petition was to remove this suit to the Northern District of Illinois instead of to the district where the suit is pending (Fed. Judicial Code, art. 29),* the proceedings were unauthorized. (*St. John* v. *United States Fidelity & Guaranty Co.*, 213 Fed. Rep. 685; *St. John* v. *Taintor*, 220 id. 457.) The State court not having lost jurisdiction, the learned justice at Special Term had power to set aside and revoke his approval of this bond on removal. The order of January 29, 1915, is, therefore, reversed, with ten dollars costs and disbursements, and plaintiff's motion to set aside the approval of the bond for removal is hereby granted. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred.

McDermott Dairy Company, Respondent, v. Patrick F. Brennan and Others, Defendants, Impleaded with Jeannette Brennan, Appellant.— The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Carr was so substituted. Order amending judgment of foreclosure and sale, in so far as it purports to describe an undivided one-half of the lands, is reversed, but otherwise affirmed so far as it directs the sale of all interest of the defendants John Joseph Brennan, Michael Brennan and Jeannette Brennan, his wife, and all persons claiming under them, or either of them, with the provision excepting and reserving the lands released by the mortgagee in 1908. As thus modified the order is affirmed, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Putnam.

Elizabeth Muller, Appellant, v. National Surety Company, Respondent. — Order of the Appellate Term of September 29, 1915, modifying the judgment of the Municipal Court by reducing plaintiff's recovery to $207.99, with taxable costs, affirmed, with costs of appeal in this court. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

John Murphy. Respondent, v. Henry E. Fox, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Edna W. Nichols, Appellant, v. Paul R. Nichols, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Margaret Noonan, Individually and as Administratrix, etc., Respondent, v. William W. Wallace and Others, Appellants, Impleaded with Ambrose Hussey and Nat C. Strong, Individually and as Copartners, etc., and The Ridgewood Exhibition Company, Respondents.— Interlocutory judgment and decision reversed as to defendants Jennie Wallace and

* See 36 U. S. Stat. at Large, 1095, § 29.— [Rep.